UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

IN RE:
PEDRO JAVIER RAMIREZ
LETTI RAMIREZ

CASE NO: BKS-05-56867 K

CHAPTER 13

**Debtors**

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on October 11, 2005. The Court Confirmed Debtor's plan on January 12, 2006.

2. WILSHIRE CREDIT CORP, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $3,543.64, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| WILSHIRE CREDIT CORP<br>P O BOX 5170<br>SIMI VALLEY, CA 93062-5170 | $3,543.64 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX 78209
(210) 824-1460

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:                        CHAPTER 13

**PEDRO JAVIER RAMIREZ**
**LETTI RAMIREZ**

DEBTOR(S)           CASE NO.: **05-56867 K**

**CERTIFICATE OF SERVICE**
-----------------------------------------

I hereby certify that a true and correct copy of the attached document was served **March 14, 2011** by First Class Mail, upon the following:

   Debtor(s):
PEDRO JAVIER RAMIREZ
LETTI RAMIREZ
4623 MISTY RUN
SAN ANTONIO, TX  78217

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| Attorney For Debtor(s) | WILSHIRE CREDIT CORP |
| PAUL W ROSENBAUM | P O BOX 5170 |
| 7330 SAN PEDRO STE #150 | SIMI VALLEY, CA  93062-5170 |
| SAN PEDRO PLAZA | |
| SAN ANTONIO, TX  78216 | |

/S/
_____

Euripia Ellis